IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : Chapter 13

Lynnise D Culler                      : Case No. 22-11447-amc

    Debtor(s)

ANSWER TO MOTION OF RELIEF FROM THE AUTOMATIC STAY OF
Credit Acceptance Corporation
<u>AND CERTIFICATE OF SERVICE</u>

Debtor did fall behind with the Trustee but expects to become completely current within 45 days.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief from Automatic Stay.

<u>/s/ David M. Offen</u>
David M. Offen Esquire
Attorney for Debtor

Dated:  January 31, 2024

A copy of this Answer is being served on WILLIAM EDWARD CRAIG, Esquire and the Chapter 13 Trustee.