IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| LYNNISE D. CULLER | ) | |
| **Debtor(s)** | ) | CHAPTER 13 |
| | ) | |
| CREDIT ACCEPTANCE CORPORATION | ) | Case No.: 22-11447 (PMM) |
| **Moving Party** | ) | |
| | ) | |
| v. | ) | **Hearing Date:  2-14-24 at 1:00 PM** |
| | ) | |
| LYNNISE D. CULLER | ) | |
| **Respondent(s)** | ) | 11 U.S.C. 362 |
| | ) | |
| KENNETH E. WEST | ) | |
| **Trustee** | ) | |
| | ) | |
| _____ | ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation and the Debtor in settlement of the Motion For Relief From Stay, and filed on or about March 15, 2024 in the above matter is APPROVED.

Dated: **March 18, 2024**

BY THE COURT:

*Patricia M. Mayer*

_____
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE