United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Lynnise D. Culler  
    Debtor

Case No. 22-11447-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: May 22, 2024      Form ID: pdf900      Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lynnise D. Culler, 8616 Fayette Street, Philadelphia, PA 19150-1904 |
| 14700860 | + | Credit Acceptance Corporation, c/o William E. Craig, Esq, 110 Marter Ave, Ste 301, Moorestown, NJ 08057-3124 |
| 14696003 | + | Kai T. Hakim-Lewis, 121 Haines Street, Philadelphia, PA 19127 |
| 14696004 | + | Kelly Cottle, Conttactor, 3991 Lanenau Avenue, Philadelphia, PA 19131-2808 |
| 14696005 | | Limosa, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14843972 | + | Limosa LLC, c/o Michael Farrington, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 14711645 | + | Limosa, LLC, c/o LAND HOME FINANCIAL SERVICES, 3611 SOUTH HARBOR BLVD, SUITE 100, SANTA ANA, CA 92704-7915 |
| 14727453 | + | Pennsylvania Turnpike Commission, P.O. Box 67676, Harrisburg, PA 17106-7676 |
| 14696007 | + | Richard Crawford, 5637 McMahon Street, Philadelphia, PA 19144-1350 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 22 2024 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 22 2024 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | May 22 2024 23:39:49 | Philadelphia Gas Works, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14736448 | | Email/Text: megan.harper@phila.gov | May 22 2024 23:45:00 | City of Philadelphia, Law Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14699938 | | Email/Text: megan.harper@phila.gov | May 22 2024 23:45:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14696000 | | Email/Text: megan.harper@phila.gov | May 22 2024 23:45:00 | City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14700264 | | Email/Text: ebnnotifications@creditacceptance.com | May 22 2024 23:45:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, Southfield, MI 48034 |
| 14697949 | + | Email/Text: bankruptcy@philapark.org | May 22 2024 23:45:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14696002 | + | Email/Text: ebnnotifications@creditacceptance.com | May 22 2024 23:45:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 14843690 | ^ | MEBN | May 22 2024 23:39:45 | Limosa LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14711645 | ^ | MEBN | | |

Case 22-11447-pmm    Doc 65    Filed 05/24/24    Entered 05/25/24 00:34:21    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 22, 2024 | Form ID: pdf900 | Total Noticed: 26 |

| Recip ID | Bypass/Notice | Date/Time | Name and Address |
|---|---|---|---|
| | | May 22 2024 23:39:54 | Limosa, LLC, c/o LAND HOME FINANCIAL SERVICES, 3611 SOUTH HARBOR BLVD, SUITE 100, SANTA ANA, CA 92704-7915 |
| 14725762 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 22 2024 23:45:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 14696006 | Email/Text: bankruptcygroup@peco-energy.com | May 22 2024 23:45:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14697954 | ^ MEBN | May 22 2024 23:39:52 | Pa. Turnpike Toll by Plate, P.O. Box 645631, Pittsburgh, PA 15264-5254 |
| 14706008 | ^ MEBN | May 22 2024 23:39:48 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3 Floor |
| 14696008 | + Email/Text: enotifications@santanderconsumerusa.com | May 22 2024 23:45:00 | Santander Bank, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14707918 | + Email/PDF: ebn_ais@aisinfo.com | May 22 2024 23:54:18 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14696009 | Email/Text: megan.harper@phila.gov | May 22 2024 23:45:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West Twelve Mile Road, Southfield, MI 48034 |
| 14696001 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14697947 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14697948 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14697950 | *+ | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 14697951 | *+ | Kai T. Hakim-Lewis, 121 Haines Street, Philadelphia, PA 19127 |
| 14697952 | *+ | Kelly Cottle, Conttactor, 3991 Lanenau Avenue, Philadelphia, PA 19131-2808 |
| 14697953 | * | Limosa, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14697955 | * | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14697956 | *+ | Richard Crawford, 5637 McMahon Street, Philadelphia, PA 19144-1350 |
| 14697957 | *+ | Santander Bank, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14697958 | * | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2024    Signature:    /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: May 22, 2024 | Form ID: pdf900 | Total Noticed: 26

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2024 at the address(es) listed below:**

**Name**      **Email Address**

DAVID M. OFFEN
     on behalf of Debtor Lynnise D. Culler dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
     ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
     on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
     on behalf of Creditor Limosa LLC mfarrington@kmllawgroup.com

PEARL PHAM
     on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
     on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    LYNNISE D. CULLER<br><br>                           Debtor | Chapter 13<br><br>Bankruptcy No. 22-11447-PMM |

<u>ORDER</u>

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: May 21, 2024**

                                           Honorable Patricia M. Mayer
                                           Bankruptcy Judge